UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES TROGDON, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIGHTECH, INC. AND RTI SERVICES, INC., Defendants. | §<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 5:20-CV-0956-FB<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

The Parties are happy to report that they have reached a settlement of this case. The settlement provides for compensation for the Named Plaintiff and the Opt-In Plaintiffs. The Parties are currently drafting the long form settlement agreement and motion for approval. They anticipate filing their motion for approval of the settlement within the next 30 days. If there is any additional information that the Court would like at this time, the Parties are happy to provide it.

Date: March 25, 2021

    Respectfully Submitted,

    Respectfully submitted,

    */s/ Adam Boland*
    Adam Boland
    State Bar No. 24045520
    adam.boland@strasburger.com
    CLARK HILL STRASBURGER
    2301 Broadway Street
    San Antonio, Texas 78215
    Telephone: 210-250-6076
    Facsimile:  210-258-2744

    **ATTORNEY FOR DEFENDANTS**

    **And**

        */s/ Don Foty*
Don J. Foty
State Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
Email: dfoty@kennedyhodges.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021 a copy of the foregoing document was served on all Parties via the Court's electronic case filing system, which will automatically serve a copy to all counsel.

        */s/ Don J. Foty*
        Don J. Foty