## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES TROGDON, on Behalf of Himself and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-20-CA-956-FB |
| RIGHTECH, INC., and RTI SERVICES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case.  Pursuant to the Order Approving Fair Labor Standards Act Collective Action Settlement and Order of Dismissal with Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that, having found the proposed Settlement Agreement to constitute a fair and reasonable compromise on a *bona fide* dispute, the parties' Joint Motion for Approval of Fair Labor Standards Act Collective Action Settlement and Motion to Dismiss with Prejudice (docket no. 20) is GRANTED such that:

IT IS ORDERED, ADJUDGED and DECREED that the Court certifies the following class for settlement purposes and pursuant to the Original Collective Action Complaint:

> As defined in the Settlement Agreement, the Representative Plaintiff and the Opt-In Plaintiffs, who worked as Field Engineers a/k/a Field Technicians who were paid an hourly rate and a per diem for at least one week during the three-year period prior to the filing of the Complaint.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the parties' Settlement Agreement and proposed Notice, proposed fees and settlement structure to issue to the certified class is APPROVED AND AUTHORIZED.

-2-

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Court finds that the attorney's fees, costs, and incentive award are fair and reasonable and are APPROVED AND AUTHORIZED by the Court.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, with each party to bear its own costs, except as set forth in the Settlement Agreement.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of May, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE